O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03891 AHM (JTLx) | Date | June 18, 2008 |
|---|---|---|---|
| Title | WOOLF, el al. v. COAST LEASING CORP. d.b.a. ADVANTAGE RENT-A-CAR, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On June 13, 2008, Plaintiff Andrew L. Woolf filed this action based on diversity jurisdiction under 28 U.S.C. § 1332(d). Compl. ¶ 1. The complaint states that "[t]he named Plaintiff, Andrew L. Woolf, and numerous members of the Plaintiff class are citizens of a state different than defendant." *Id*. ¶1(a). The complaint states that Plaintiff is a resident of California. *Id. ¶* 4(b). The complaint also alleges that Defendant Coast Leasing Corp. is a "California Corporation," with "its principal place of business in Texas." *Id*. ¶ 5(a), (d).

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Systems, Inc.,* 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392 (1987). A federal court has original jurisdiction over a civil matter "in which the matter in controversy exceeds the sum or value of $5,000,000, . . . and is a class action in which . . . any member of a class of plaintiffs is a citizen of a State different from any Defendant." 28 U.S.C. § 1332(d)(2)(A). A "corporation [is] deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. . ." *Id.* at 1332(c)(1).

In this case, Plaintiff alleges that he and other members of the Plaintiff Class are diverse from Defendants. Compl. ¶ 1. However, according to the Complaint, named Plaintiff and Defendant are citizens of California, and no citizenship is given for any other Plaintiff.

Accordingly, and good cause appearing therefor, the Court hereby ORDERS Plaintiff TO SHOW CAUSE on or before June 27, 2008, why this action should not be

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03891 AHM (JTLx) | Date | June 18, 2008 |
|---|---|---|---|
| Title | WOOLF, el al. v. COAST LEASING CORP. d.b.a. ADVANTAGE RENT-A-CAR, et al. | | |

dismissed for lack of diversity jurisdiction.

Failure to respond on or before that date will be construed as consent to dismissal.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |